5-25CV-011-H

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | NORTHERN | District: | OF TEXAS |
|---|---|---|---|

Name (under which you were convicted): DALLAS County Texas

Docket or Case No.:

BMG
JAN 23 2025 AM 7:57
FILED - USDC - NDTX - LU

Place of Confinement: Smith Unit

Prisoner No.: 804662

Petitioner (include the name under which you were convicted)
363rd Judicial court of
DALLAS texas

v.

Respondent (authorized person having custody of petitioner)

The Attorney General of the State of: TEXAS

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   363rd Judicial District court of DALLAS TEXAS

   (b) Criminal docket or case number (if you know): F97-76064-D

2. (a) Date of the judgment of conviction (if you know): 5/27/1997

   (b) Date of sentencing: October 10, 1997

3. Length of sentence: _____

4. In this case, were you convicted on more than one count or of more than one crime?  ☑ Yes  ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:

   Aggravated sexual Assault of child under 17 years

6. (a) What was your plea? (Check one)

   ☐ (1) Not guilty       ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty           ☐ (4) Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? __No guilty__
__Because No one offense of sexual assult was reversible error where defense was based on contetion that Victim Fabricated sexual abuse allegation to avoid For her gran mothers paty ortiz,__

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury  ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes  ☑ No

8. Did you appeal from the judgment of conviction?

☑ Yes  ☐ No

9. If you did appeal, answer the following:

(a) Name of court: __5th Circut court of Appeal of DALLAS texas__
(b) Docket or case number (if you know): __11-97-00379-CR § F97064-SW__
(c) Result: __Affimed__
(d) Date of result (if you know): __3/20/2024__
(e) Citation to the case (if you know): __Aggravated sexual Assult of child under 17,__
(f) Grounds raised: __1-2-3 and 10 of the texas constitution U. state Ms. Donna persud testified she was a doctor at chidren's Medical center she related her back greund and experience Examing children in the major of sexual abuse of children case there are Absolutely no phisical Binding, is not evidence of guilt there fore you are instructed in this case that the indictment here is shall not be considered by the jury__

(g) Did you seek further review by a higher state court?  ☑ Yes  ☐ No

If yes, answer the following:

(1) Name of court: __Court of Criminal Appel of texas__
(2) Docket or case number (if you know): __W-97-76064-WCC § WR-51-739-07__
(3) Result: __11.07 writ of Habeas corpus has bee dessmissed tex Code Crim proc Art 11.07 Sec 4(a)-(c),__

Page 3 of 16

(4) Date of result (if you know): 3/20/2024

(5) Citation to the case (if you know): ____

(6) Grounds raised: #3 truthfulness should not ordinarily be sufficient to open the door to evidence supporting the truthfulness of specifica allegation

(h) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): ____

(2) Result: ____

(3) Date of result (if you know): ____

(4) Citation to the case (if you know): ____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☒ Yes  ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: 363rd Judicial District court of DALLAS TEXAS
    (2) Docket or case number (if you know): 11-97-00379 F97-76064-SW
    (3) Date of filing (if you know): January 16, 2000
    (4) Nature of the proceeding: Attorney P.D.R.
    (5) Grounds raised: 14-16-19 constitution of the United States, you've proven the finger penetration I'm not convinced about, the contact the male M.R., the jury found the victim's entire testimony to be credible and unassailable in its brief, state "insofaras") the jury belived Appellant penetrated the victim's Vagina with his presumably Also belived penetrated her with his finger, use evidence of the crimes or bad Acts during punishment phase of trial

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?
    ☐ Yes  ☒ No
    (7) Result: has bee Refused

(8) Date of result (if you know): __February 16, 2000__

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: __the State File I-II 11.07 on the Criminal App. of Austin__

(2) Docket or case number (if you know): __W97-76063-W(B); WR56-990-01__

(3) Date of filing (if you know): __7/16/2003__

(4) Nature of the proceeding: __Aggrave Sexual Assault of child under 17__

(5) Grounds raised: __12-17-19 Amenment Contitution of United S, the State could Not introduce any photographic Against Defendant, Because the State insisted upon introducing before the jury, over a timely rule 404(b) objection, Texas Rules of Criminal evidence, the existance and Nature of any extraneous offense alleged committed by Defdant which the state intends to offer into evidence admissible__

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result: __dismissed without written order see Art 11.07 Sec 4(a), N.C.C.P.__

(8) Date of result (if you know): __7/18/2003__

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: __the 2° 11.07 on the Criminal Appeal of Austin, tx.__

(2) Docket or case number (if you know): __W97-76064-SW; 51,739-WA__

(3) Date of filing (if you know): __May 29, 2002__

(4) Nature of the proceeding: __Aggravate Sexual Assault of child Under 17__

(5) Grounds raised: __16+8+19 Costitution of United State I'm innocent of the Crime that I have bee convicted of I Also Assert that I need to have the evidence tested to see what biological evidence is present on each piece of the Crime Scene evidence, and then to have that biological material tested pursuant to the provision of such of Article 64.01 et Seq. I Assert the results of such DNA testing will establish my innocence beyond a reasonable doubt.__

Page 5 of 16

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result: DENIED me Hebeas Corpus Finding at the trial without a hearing,

(8) Date of result (if you know): MAY 29, 2002

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☑ Yes   ☐ No
(2) Second petition:  ☑ Yes   ☐ No
(3) Third petition:   ☑ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

BeCAUSE I have to get one Attorney FOR me and the state Refused and DENIED My Motion

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION:** To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** Const Amends 5-6-19 Vernon's Ann Tex Code of Criminal procedure Ann Art 37.07, §3(a) (Vernon Supp 2001) provides

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Knowingly sexually assault Amanda by causing his finger to penetrate the female sexual organ" in reviewing the sufficiency of the evidence, we view the evidence in the light most favorable to the prosecution to determine whether a rational trial of fact could have found the essential elements of the offense beyon reasonable doubt, JACKSON V. VIRGINIA 443 U.S. 307, 99 S.Ct. 2781, 61 L.Ed2d 560 (1979)

(b) If you did not exhaust your state remedies on Ground One, explain why: Refused and DENIED

to get me trial record of the court 363rd Judicial District Court of DALLAS County TEXAS.

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: Because refused to give not information of my causes I and II

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☑ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Opinion cite

Name and location of the court where the motion or petition was filed: 363rd Judicial District Court of Dallas County Texas,

Docket or case number (if you know): 11-97-00379-CR; F97-76064-SW

Date of the court's decision: 12-16-1999

Result (attach a copy of the court's opinion or order, if available): Affirmed opinion on the court of Elevent District Court of Appel of Eastland Texas,

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☑ No
(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☑ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: 11th Court of Appeals of Eastland Texas,

Docket or case number (if you know): F97-76064-SW

Date of the court's decision: 12-16-1999

Result (attach a copy of the court's opinion or order, if available): Affirmed Me opinion on the Court of Elevent Court of Appeals of Eastland Texas,

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(4) Because I oin't spoke Ingles on the time
(5) Denined me rihts to get Attorney

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: the state oppen the door for My Wife to thestificate I best my and not trial Judge on the time,

**GROUND TWO:** State law Article 1 Section 10, of texas Constitution provide in part.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Was Fabricating the Sexual Abuse Allegation to Avoid Moving out her stepfather evidence of prior Adult misdemeanor case conviction occurring Agust 1, 1996 the state Liaseed this misdemeanor occure, on June 9, 1996 I'm was on Jell on this time was admissible As an "outcry" statement under Article 38, 072- of the code of criminal procedure tex R, crim, evidence 801-(d) Art 38, V, supp 1997),

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) **Direct Appeal of Ground Two:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☐ No

  (2) If you did <u>not</u> raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

  ☐ Yes  ☐ No

  (2) If your answer to Question (d)(1) is "Yes," state:

  Type of motion or petition:

  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know):

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : _____

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

(c) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?    ❐ Yes    ❐ No

    (2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

         ❐ Yes    ❐ No

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

    (3) Did you receive a hearing on your motion or petition?    ❐ Yes    ❐ No

    (4) Did you appeal from the denial of your motion or petition?    ❐ Yes    ❐ No

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ❐ Yes    ❐ No

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____
_____
_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____
_____
_____
_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____
_____

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☐ No

    (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☐ Yes    ☐ No

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  ☐ Yes  ☑ No

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: *I Dive't get Me trial Record and Refused to Send my original paper form my trial Court 363rd Judicial District Court of DALLAS TEXAS,*

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

    *the supermacent smith Unit seed you need to writt the Justification for these Motios (2254) on Cac wand,*

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  ☐ Yes  ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. *OVERRULED pro se motion for dissmis Appointment of Counsel in the above cause's and oppinion February 8, 2001 and the court of appeals Elevant District of texas 100 West Main Street P.O. Box 271 EASTLAND TEXAS 76448*

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?  ☐ Yes  ☐ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

AO 241 (Rev. 09/17)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging: Paul V. Enriquez 5949 Sherry Lane Suite 1850 Dallas Texas 75225-8013

   (a) At preliminary hearing: No chary
   No one preliminary hearing

   (b) At arraignment and plea: No Guilty

   (c) At trial: Paul V. Enriquez

   (d) At sentencing: 60 years Paul V. Enriquez

   (e) On appeal: Kerry P. Fitzgerald, P.C. two turtle clerk Village 3838 Oak Lawn Ave, Suite 1700 Dallas Texas 75219

   (f) In any post-conviction proceeding: _____

   (g) On appeal from any ruling against you in a post-conviction proceeding: _____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☑ No

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

   (b) Give the date the other sentence was imposed: _____

   (c) Give the length of the other sentence: _____

   (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes   ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

Refused to get Me trial Record and the state filed Me 11.07 on the Court of Criminal Appeals P.O. Box 12308, Capitol Station Austin Texas 78711

Page 14 of 16

the defendant paulo DE LA ROSA stands charged by Indictment with the Offence of Aggrevate sexual ASSAC with a child under 17, yauts Alleged to have bee Committed in DALLAS County teXAS on or About the 28th day of April 1997,

New evidence
ON April 28 I have statament From the Court 282 ND JUDICIAL DISTRIC Court Seed NO victim impact statement HAS BEE RECIVED By the Court on April 23, 1997, the Supouslly date of the offence,

Refused my witness and send back to the House, my Family No one acceptace on my trial,

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _Illegal Conviction_

_No evidence to prove my conviction_

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _11/26/2024_ (month, date, year).

Executed (signed) on _11/26/2024_ (date).

_paola de la Rosa_
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

Page 16 of 16

AO 241 (Rev. 09/17)

# Petition for Relief From a Conviction or Sentence
## By a Person in State Custody

(Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)

### Instructions

1. To use this form, you must be a person who is currently serving a sentence under a judgment against you in a state court. You are asking for relief from the conviction or the sentence. This form is your petition for relief.

2. You may also use this form to challenge a state judgment that imposed a sentence to be served in the future, but you must fill in the name of the state where the judgment was entered. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file a motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit any legal arguments, you must submit them in a separate memorandum. Be aware that any such memorandum may be subject to page limits set forth in the local rules of the court where you file this petition.

6. You must pay a fee of $5. If the fee is paid, your petition will be filed. If you cannot pay the fee, you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you. If your account exceeds $ _____ , you must pay the filing fee.

7. In this petition, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different court (either in the same state or in different states), you must file a separate petition.

8. When you have completed the form, send the original and ____ copies to the Clerk of the United States District Court at this address:

    **Clerk, United States District Court for**
    **Address**
    **City, State Zip Code**

    If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

9. **CAUTION: You must include in this petition all the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

10. **CAPITAL CASES: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.**

<mark>
<mark>
PAVLO DE LA ROSA #807662
Smith Unit
1313 County Road 19
LA MESA TEXAS 79331





Legal Mail

U.S. State District Court
1205 Texas Avenue Room 209
Lubbock Texas 19401

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION