UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

PAULO DE LA ROSA,

    Petitioner,

v.   No. 5:25-CV-00011-H

DIRECTOR, TDCJ-CID,

    Respondent.

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this petition for writ of habeas corpus is dismissed without prejudice until Petitioner demonstrates that he has obtained authorization from the United States Court of Appeals for the Fifth Circuit to file a successive petition.

Dated May 29, 2025.

_____
JAMES WESLEY HENDRIX
United States District Judge